UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**MARCO V. HARRISON, JR.**                                                                    **PLAINTIFF**

**V.**                            **CIVIL ACTION NO. 1:23-CV-141-GHD-DAS**

**JESUS M. IRIARTE AND**
**TD AUTO FINANCE**

**CONSOLIDATED WITH**

**MARCO V. HARRISON, JR.**                                                                   **PLAINTFF**

**V.**                            **CIVIL ACTION NO. 1:24-CV-18-GHD-DAS**

**JESUS IRIARTE and TWENTY4SEVEN RECOVERY**              **DEFENDANTS**

## ORDER CONSOLIDATING CASES

The court grants the plaintiff's motion to consolidate the above actions. The second action amounts to a supplemental amendment to the first pleading, with the addition of another party. While the first action was filed with an application to proceed *in forma pauperis* and the plaintiff paid the filing fee in the second action, the court will proceed with the *Spears* hearing as already noticed in the first action.

      **IT IS ORDERED** that Civil Actions, No. 1:23-CV-141-GHD-DAS AND 1:24-CV-18-GHD-DAS are hereby incorporated.

      **SO ORDERED** this the 13th day of February, 2024.

                                                            **/s/ David A. Sanders**
                                                           **U.S. MAGISTRATE JUDGE**